10CV5916
JUDGE PALLMEYER
MAG. JUDGE GILBERT

FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
SEP 17 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Anthony Pendolino
(Please print)

STREET ADDRESS: 615 N Brainard

CITY/STATE/ZIP: Naperville, IL 60563

PHONE NUMBER: (630) 951-0037

CASE NUMBER:

Signature: [signed]

Date: 9/17/10