## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 10CV5916        Assigned/Issued By: JN

Judge Name: PALLMEYER        Designated Magistrate Judge: GILBERT

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP        ☐ No Fee     ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____        Receipt #: 4624047084_____

Date Payment Rec'd: 9-17-10_____        Fiscal Clerk: JN_____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____                 _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

1____ Original and  1_____ copies on  9-17-10_____ as to  DEFENDANT_____
                                    *(Date)*