AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Anthony Pendolino

V.

BAC Home Loans Servicing, LP

10CV5916    10 C 5916
JUDGE PALLMEYER
MAG. JUDGE GILBERT

TO: (Name and address of Defendant)

    BAC Home Loans Servicing, LP
    4500 PARK GRANADA, MS CH-11
    CALABASAS CA 91302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anthony Pendolino
    615 N Brainard Street
    Naperville IL 60563
    (filing pro se, without an attorney)

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

    NOTE: When the print dialogue
    box appears, be sure to uncheck
    the Annotations option.

MICHAEL W. DOBBINS, CLERK

_J. Nufez_
(By) DEPUTY CLERK

_9-17-10_
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action   CASE # 10CV5916

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me⁽¹⁾   DATE 9-20-10 |
| NAME OF SERVER (PRINT) Mira Batchelor   TITLE Owner, Triangle Process Service |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served the Summons, Petition for Temporary Injunction and Original Petition on C.T. Corporation Services, Registered Agent for BAC Home Loans Servicing, L.P., at 150 Fayetteville Street, #1010, Raleigh NC 27601 on 9-20-10 @ 9:00 A.M. and leaving with Ratasha S. Tillery-Smith, Corporate Operations Specialist.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-20-10
Date

Signature of Server: Mira Batchelor

Address of Server: 6747 Chauncey Drive, Raleigh, NC 27615

TRACIE L. BROWN
Notary Public
North Carolina
Wake County

Tracie L. Brown
Expires 9/8/14

FILED
SEP 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.