Anthony Pendolino
615 N Brainard Street
Naperville IL 60563

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 13 2010
Oct 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Anthony Pendolino** | Case # 10C5916 |
| Plaintiff, | |
| | **PETITION FOR NO ANSWER DEFAULT** |
| vs. | |
| **BAC Home Loans** Servicing LP | |
| Defendant | Date: 10/13/10 |

**PARTIES**

<u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal Rule of Civil Procedure 55.

### A. Introduction

1. Plaintiff is: Anthony Pendolino, 615 N Brainard Street Naperville IL 60563, and defendant is: BAC Home Loans Servicing LP,

2. On 09/17/2010 plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by nondisclosure, and violations of various consumer protection laws.

3. On 09/17/2010, plaintiff filed with the court an ORIGINAL COMPLAINT. On 09/20/2010 defendant was served with a summons and a copy of plaintiff's complaint by and through a process server. A copy of the return of service is attached as Exhibit A. Defendant did not file a responsive pleading or otherwise defend the suit.

4. Plaintiff is entitled to entry of default.

## B. Argument

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against defendant because defendant did not file an answer within 20 days after 09/20/2010, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Mira Batchelor's sworn affidavit, attached as Exhibit A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend the instant action within the 20 day time period allowed by law.

8. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

## C. Conclusion

11. Plaintiff filed a suit against defendant in the court on the 17th day of September, 2010. Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

Respectfully Submitted,

*/s/ Anthony Pendolino*

Anthony Pendolino

## VERIFICATION

I, Anthony Pendolino, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Anthony Pendolino
615 N Brainard Street
Naperville IL 60563

*/s/ Anthony Pendolino*

SWORN TO AND SUBSCRIBED BEFORE ME, Terry W Benbow by Anthony Pendolino on the 13 day of October, 2010, which witnesses my hand and seal of office.

*/s/ Terry Benbow*

**NOTARY PUBLIC IN AND FOR**

**THE STATE OF ILLINOIS**

OFFICIAL SEAL
TERRY W BENBOW
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/10/13

1 Anthony Pendolino
2 615 N Brainard Street
3 Naperville IL 60563
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF ILLINOIS

| Anthony Pendolino | Case # 10 C 5916 |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON NO ANSWER DEFAULT |
| **BAC Home Loans Servicing LP** | |
| Defendant | Date: |

7

8 <u>ORDER ON ENTRY OF DEFAULT</u>

9 After considering plaintiff's request for entry of default against defendant, proof of service,
10 the affidavits, and other evidence on file, the clerk

11 _____ DENIES the request.

12 _____ FINDS that the record supports entry of default and ORDERS the clerk to enter
13 default.

14 SIGNED on _____, 2010\_\_.

15
16                                                  CLERK, U.S. DISTRICT COURT

17 APPROVED & ENTRY REQUESTED:
18 _____
19 *{Name of attorney submitting order}*

20
21

1  CERTIFICATE OF SERVICE

2  I, Anthony Pendolino, do swear and affirm that I have served a signed copy of this
3  Petition for No Answer Default, and Order for No Answer Default to any and all
4  defendants by way of U.S.P.S. Certified mail # 7009 2250 0003 2980 and return
5  receipt.                                                                  3516

6
7  _____
8
9  Anthony Pendolino
10 615 N Brainard Street
11 Naperville IL 60563
12
13
14
15 The Person above, who proved to me on the basis of satisfactory evidence to be the

16 person whose name is subscribed to this document and acknowledged to me that

17 he/she executed the same in his authorized capacity and that by his signature on this

18 instrument who is the person who executed this instrument.

19 I certify under PENALTY OF PERJURY under the laws of this State that the foregoing

20 paragraph is true and correct.

21

22 Witness my hand and official seal.

    OFFICIAL SEAL
    TERRY W BENBOW
    NOTARY PUBLIC - STATE OF ILLINOIS
    MY COMMISSION EXPIRES:06/10/13

23

24 _____                          _____

25 **NOTARY PUBLIC IN AND FOR**                     Notary Seal
26 **THE STATE OF ILLINOIS**
27

EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action    CASE # 10CV5916

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9-20-10 |
| NAME OF SERVER (PRINT) Mira Batchelor | TITLE Owner, Triangle Process Service |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served the Summons, Petition for Temporary Injunction and Original Petition on C.T. Corporation Services, Registered Agent for BAC HomeLoans Servicing, L.P. at 150 Fayetteville Street #1010, Raleigh NC 27601 on 9-20-10 @ 9:00 A.M. and leaving with Ratasha S. Tillery-Smith, Corporate Operations Specialist.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-20-10
              Date          Signature of Server  Mira Batchelor

6747 Chauncey Drive, Raleigh, NC 27615
Address of Server

TRACIE L. BROWN
Notary Public
North Carolina
Wake County

Tracie L. Brown
Expires 9/8/14

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.