| | | |
|---|---|---|
| **U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**<br>**ATTORNEY APPEARANCE FORM** | | |
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. | | |
| In the Matter of: | Case Number: | 10-CV-5916 |
| ANTHONY PENDOLINO, Plaintiff, | | |
| v. | | |
| BAC HOME LOANS SERVICING, LP, Defendant. | | |
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: | | |
| BAC HOME LOANS SERVICING, LP. | | |
| NAME (Type or print)<br>Michael J. Werich | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ Michael J. Werich | | |
| FIRM<br>Bryan Cave LLP | | |
| STREET ADDRESS<br>161 N. Clark Street, Suite 4300 | | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294060 | TELEPHONE NUMBER<br>(312) 602-5000 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N | | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                         APPOINTED COUNSEL | | |

CH01DOCS\148010.1

## **CERTIFICATE OF SERVICE**

    I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 18th day of October, 2010:

>Anthony Pendolino
>615 N. Brainard
>Naperville, Illinois  60563

        /s/ Michael J. Werich
                Michael J. Werich