# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: | 10-CV-5916 |
|---|---|---|
| ANTHONY PENDOLINO, Plaintiff, | | |
| v. | | |
| BAC HOME LOANS SERVICING, LP, Defendant. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAC HOME LOANS SERVICING, LP.

NAME (Type or print)
Steven R. Smith

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Steven R. Smith

FIRM
Bryan Cave LLP

STREET ADDRESS
161 N. Clark Street, Suite 4300

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128231 | (312) 602-5000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                         APPOINTED COUNSEL

CH01DOCS\148009.1

## **CERTIFICATE OF SERVICE**

     I, Steven R. Smith, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 18th day of October, 2010:

> Anthony Pendolino
> 615 N. Brainard
> Naperville, Illinois 60563

                                           /s/ Steven R. Smith
                                           Steven R. Smith