IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY PENDOLINO, | ) | |
| | ) | |
| | ) | Case No. 10-cv-5916 |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | Mag. Judge Gilbert |
| | ) | |
| BAC HOME LOANS SERVICING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BAC HOME LOANS SERVICING, L.P.'S OBJECTION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Defendant BAC Home Loans Servicing, L.P. ("BAC"), through undersigned counsel, objects to Plaintiff Anthony Pendolino's ("Plaintiff") Request for Entry of Default as follows:

1.  On September 17, 2010, Plaintiff filed his Complaint. [Dkt. # 1.]

2.  On September 24, 2010, the Court ordered Plaintiff to amend his Complaint because the original Complaint failed to satisfy the Federal Rules' requirement of a short, plain statement of the claim. [Dkt. # 7.] Specifically, the Court directed Plaintiff to identify the "source of the court's jurisdiction" and to present his claim "in brief, numbered paragraphs. [Id.]

3.  The Court provided Plaintiff with 21 days to amend his Complaint, which translated into a deadline of October 15, 2010.

4.  As of October 15, 2010, Plaintiff had not amended his Complaint. Instead, on October 13, 2010, Plaintiff filed what he entitled "Plaintiff's Request for Entry of Default," which states that "Plaintiff is entitled to judgment against defendant is [sic] in all things requested by Plaintiff in the suit. [Dkt. # 9.]

5.      Plaintiff's Request for Entry of Default should be stricken because there currently is no operative (amended) Complaint on file and, therefore, BAC cannot be said to have failed to respond to something that was never filed.

6.      WHEREFORE, for the foregoing reasons, Defendant BAC Home Loans Servicing, L.P. respectfully requests this Court to strike Plaintiff Anthony Pendolino's Request for Entry of Default.


Dated: October 18, 2010                    Respectfully submitted,

                                           BAC HOME LOANS SERVICING, LP


                                           By: /s/ Michael J. Werich
                                                One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

## **CERTIFICATE OF SERVICE**

I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 18th day of October, 2010:

>Anthony Pendolino
>615 N. Brainard
>Naperville, Illinois  60563

      /s/ Michael J. Werich
          Michael J. Werich