IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY PENDOLINO, ) | |
| ) | |
| ) | Case No. 10-cv-5916 |
| Plaintiffs, ) | |
| ) | |
| ) | Judge Pallmeyer |
| v. ) | Mag. Judge Gilbert |
| ) | |
| BAC HOME LOANS SERVICING, LP, ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE STATEMENT

Defendant BAC Home Loans Servicing, LP, through its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the District Court for the Northern District of Illinois, state that BAC Home Loans Servicing, LP is a wholly-owned subsidiary of Bank of America N.A., which is a wholly owned subsidiary of Bank of America Corporation ("BAC"). BAC is a publicly traded entity. BAC common stock is listed on the New York Stock Exchange ("NYSE") under the symbol BAC. No individual or entity owns 5% or more of the outstanding BAC shares.

Dated: October 18, 2010          Respectfully submitted,

　　　　　　　　　　　　　　　　　 BAC HOME LOANS SERVICING, LP


　　　　　　　　　　　　　　　　　 By: /s/ Michael J. Werich
　　　　　　　　　　　　　　　　　　　　 One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)

CH01DOCS\148007.1

(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

## CERTIFICATE OF SERVICE

I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 18th day of October, 2010:

>Anthony Pendolino
>615 N. Brainard
>Naperville, Illinois 60563

        /s/ Michael J. Werich
           Michael J. Werich