*MHN*

**FILED**
10-18-2010
OCT 18 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Anthony Pendolino** | ) |
| Plaintiff | )    Case Number: 10 C 5916 |
| | ) |
| v | ) |
| | )    Judge: Pallmeyer |
| **BAC Home Loans Servicing, LP** | ) |
| Defendant | ) |

## NOTICE OF MOTION

TO: BAC Home Loans Servicing, LP a subsidiary of Bank of America NA    CT Corporation System
4500 Park Granada, MS-CH11                                           150 Fayetteville Street, Box 1011
Calabasa, CA 91302                                               Raleigh, NC 27601

PLEASE TAKE NOTICE that on October 21, 2010 at 8:45 am, or as soon

thereafter as I may be heard, I shall appear before the Honorable Judge Pallmeyer

or any judge sitting in his or her stead in **Courtroom 2178** of the U.S. District Court of

the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and

shall present the following motion attached hereto: previously sent

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I provided service to the person or persons listed

above by the following means: U.S.P.S. regular mail.

Signature: _Anthony Pendolino_     Date: _10|18|2010_

Name (Print): Anthony Pendolino

Address: 615 N Brainard St      Phone: 630 951-0037

Naperville, IL 60563