# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5916 | **DATE** | 10/19/2010 |
| **CASE TITLE** | Anthony Pendolino vs. BAC Home Loan Servicing LP | | |

**DOCKET ENTRY TEXT**

On September 24, 2010, this court entered an order directing Plaintiff to file an amended complaint within 21 days. Before that amended complaint had been submitted, Plaintiff filed a request for entry of a default order against Defendant BAC Home Loans Servicing LP. That request [9] is stricken as premature.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|