# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5916 | **DATE** | 10/21/2010 |
| **CASE TITLE** | Anthony Pendolino vs. BAC Home Loans Servicing LP | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As Plaintiff failed to appear, his petition for temporary injunction [3] is stricken. Defendant has 21 days to respond to the Amended Complaint. Status date of 11/23/2010 to stand.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|