**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY PENDOLINO, ) | |
| ) | |
| ) | Case No. 10-cv-5916 |
| Plaintiffs, ) | |
| ) | |
| ) | Judge Pallmeyer |
| v. ) | Mag. Judge Gilbert |
| ) | |
| BAC HOME LOANS SERVICING, LP, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BAC HOME LOANS SERVICING, L.P.'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant BAC Home Loans Servicing, L.P. ("BAC"), through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss Plaintiff Anthony Pendolino's Amended Complaint ("Plaintiff") for failure to state a claim upon which relief can be granted. In support of this Motion, BAC states as follows:

1. On September 17, 2010, Plaintiff filed his initial complaint against BAC ("Original Complaint"). [Dkt. # 1.]

2. On September 23, 2010, this Court dismissed Plaintiff's Original Complaint with instructions to re-file "Plaintiff's claim in brief, numbered paragraphs." [Dkt. # 1.]

3. On October 15, 2010, Plaintiff filed his First Amended Complaint ("Amended Complaint") naming BAC as the sole defendant in the action. [Dkt # 15.] The Amended Complaint asserts the following causes of action: (1) breach of fiduciary duty; (2) "negligence / negligence per se;" (3) "common law fraud;" (4) "fraud by non-disclosure;" (5) breach of the implied covenant of good faith and fair dealing; (6) "violation of the Truth in Lending Act" ("TILA"); and (7) intentional infliction of emotional distress.

4.       Plaintiff's Amended Complaint, like the Original Complaint, is completely devoid of specific facts and is legally deficient. Moreover, Plaintiff's TILA claim is time-barred because he failed to bring it within the three-year statutory period.

5.       For all the foregoing reasons as well as the reasons stated in the accompanying Memorandum of Law, BAC Home Loans Servicing, L.P. respectfully requests that this Court: (1) grant its Motion to Dismiss Plaintiff's First Amended Complaint in its entirety; (2) dismiss all Plaintiff's claims with prejudice; and (3) order such other and further relief as is just and necessary.

Dated: November 11, 2010             Respectfully submitted,

                                     BAC HOME LOANS SERVICING, LP


                                     By: /s/ Steven R. Smith
                                         One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

## CERTIFICATE OF SERVICE

I, Steven R. Smith, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 11th day of November, 2010:

>      Anthony Pendolino
>      615 N. Brainard
>      Naperville, Illinois  60563

                                      /s/ Steven R. Smith
                                     Steven R. Smith